UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                    Case No. 11-60647
                                                                                                                 Chapter 7
Shirley Ann Stiles,
                                                                                                    *ORDER GRANTING*
               Debtor.                                                                    *MOTION FOR RELIEF FROM STAY*
_____

      This case came before the court on the motion of Central Minnesota Credit Union seeking relief from the automatic stay of 11 U.S.C. §362. Based upon all of the files and records herein, the court finds that cause exists entitling Central Minnesota Credit Union to the requested relief.

      IT IS ORDERED that the automatic stay of 11 U.S.C. §362 is terminated as to Central Minnesota Credit Union, and Central Minnesota Credit Union, and/or its successors and assignees, is authorized to foreclose its interest in the subject property located in Sterns County, Minnesota: The South Half (S1/2) of Lot Eleven (11) and all of Lot Twelve (12), in Block Seven (7) of Cottage Place Addition to St. Cloud, according to the plat and survey thereof, now on file and of record in the Office of the Stearns County Recorder and to apply $3,106.91 in depository funds to the Visa credit card account in accordance with nonbankruptcy law. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: August 23, 2011

                                              /e/ Dennis D. O'Brien
                                              Dennis D. O'Brien
                                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/23/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

490671